IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-22-59-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| COREY JEROME LODGE POLE, | |
| Defendant. | |

Based upon the United States' motion, and there being no objection,

IT IS HEREBY ORDERED that the indictment in the above case is dismissed without prejudice.  The dates set in the order filed November 9, 2022 (Doc. 23) are vacated.

Dated this  22nd day of December, 2022.

_____
Brian Morris, Chief District Judge
United States District Court